| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

BREALAND COMBS, §
§
      Plaintiff, §
§
versus § CIVIL ACTION G-08-0237
§
TEXAS CITY POLICE DEPARTMENT, *ET AL.*, §
§
      Defendants. §

## Opinion on Dismissal

Brealand Combs has not submitted a definite statement as ordered on April 22, 2009. In that order, Combs was told that if he does not timely comply, this case would be dismissed. The complaint will be dismissed for want of prosecution and failure to obey a court order. *See* FED. R. CIV. P. 41(b).

Signed _____, 2009, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge